UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARTIN SANTELLANES-MARTINEZ,

Petitioner,

v. Case No.: 2:26-cv-02390-SPC-NPM

FACILITY ADMINISTRATOR, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Martin Santellanes-Martinez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 4).

Santellanes-Martinez is a native of Mexico who entered the United States without inspection in 2003. He resides in Florida with his U.S. citizen domestic partner and their U.S. citizen daughter. On July 2, 2026, local police arrested Santellanes-Martinez during a traffic stop and handed him over to Immigration and Customs Enforcement (ICE). ICE then commenced removal proceedings against Santellanes-Martinez.

On July 28, 2026, an immigration judge declined to release Santellanes-Martinez on bond due to a 1999 DUI conviction and several citations for driving on a suspended or expired license. Santellanes-Martinez argues the

immigration judge failed to properly consider and weigh the evidence and reached an incorrect conclusion. But the proper way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Santellanes-Martinez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 2, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record